**DISMISS; Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00180-CV

### KEVIN SMITH, Appellant
### V.
### KENISHA TURNER, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-06724**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Brown, and Justice Stoddart
Opinion by Justice Stoddart

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated February 12, 2015, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated February 12, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated April 16, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written verification that he had been

found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b),(c).


/Craig Stoddart/
CRAIG STODDART
JUSTICE

150180F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

KEVIN SMITH, Appellant

No. 05-15-00180-CV     V.

KENISHA TURNER, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 13-06724.
Opinion delivered by Justice Stoddart. Chief Justice Wright and Justice Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee KENISHA TURNER recover her costs of this appeal from appellant KEVIN SMITH.

Judgment entered this 30th day of July, 2015.